DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**R.J. REYNOLDS TOBACCO COMPANY,**
Appellant,

v.

**VIVIAN TURNER,** as Personal Representative
of the Estate of **VIVIAN WILKINSON,**
Appellee.

No. 4D16-2625

[August 3, 2017]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case No. 2008-CV-019616.

Scott M. Edson and Ashley C. Parrish of King & Spalding, LLP, Washington, D.C., William L. Durham II of King & Spalding, LLP, Atlanta, GA, and Robert C. Weill of Sedgwick, LLP, Miami, for appellant/ cross appellee R.J. Reynolds Tobacco Company.

John S. Mills and Courtney Brewer of the Mills Firm, P.A., Tallahassee, for appellee/ cross appellant.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER, JJ., and SMALL, LISA, Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***